**Order entered August 31, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00679-CV

## JCB DALLAS, LLC, JCB, INC., J.C. BAMFORD EXCAVATORS, LTD., AND JEREMY JOHNSON, Appellants

## V.

## ART GILFUS, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. Dc-19-20010**

### ORDER

Before the Court is appellee's August 27, 2020 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 6, 2020.

/s/     KEN MOLBERG
JUSTICE